**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1626**

BOR-TYNG SHEEN; FANG LUN TSAO; FUNG I. YUAN; TZU-KUAN LIN; CHEN-YU WEI; WEN-WANG YANG,

       Plaintiffs - Appellants,

    v.

UNITED STATES OF AMERICA,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:20-cv-00225-M)

Submitted: January 20, 2022             Decided: January 24, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bor-Tyng Sheen; Fang Lun Tsao; Fung I. Yuan; Tzu-Kuan Lin; Chen-Yu Wei; Wen-Wang Yang, Appellants Pro Se. Asia Jamar Prince, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bor-Tyng Sheen, Fang Lun Tsao, Fung I. Yuan, Tzu-Kuan Lin, Chen-Yu Wei, and Wen-Wang Yang ("Plaintiffs") appeal the district court's order dismissing their civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sheen v. United States*, No. 5:20-cv-00225-M (E.D.N.C. Apr. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*